# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EVA RUIZ-CAMACHO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-02374-RFB-VCF<br><br>**ORDER** |

　　　Before the Court is Defendant Costco Wholesale Corporation's Motion for Protective Order (ECF No. 14).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the deposition of Costco's Rule 30(b)(6) Witness scheduled for March 30, 2017 is stayed, pending further order of the Court.

　　　DATED this 29th day of March, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE