# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| EVA RUIZ-CAMACHO,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendants. | 2:16-cv-02374-RFB-VCF<br>**ORDER** |

      Before the Court is the Motion to Withdraw as Counsel and Request to Continue Discovery Deadlines (ECF No. 19).

      IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel and Request to Continue Discovery Deadlines (ECF No. 19) is scheduled for 1:00 PM, May 2, 2017, in Courtroom 3D.

      Plaintiff must appear in person at the 1:00 PM, May 2, 2017 hearing.

      IT IS SO ORDERED.

      DATED this 13th day of April, 2017.

                                                                     _____
                                                                               CAM FERENBACH<br>
                                                                               UNITED STATES MAGISTRATE JUDGE