# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

# ***

EVA RUIZ-CAMACHO,

          Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

          Defendant.

2:16-cv-02374-RFB-VCF
**ORDER**

Before the Court are the Motion for Extension of Close of Discovery Deadline (ECF No. 26) and the Stipulation for Extension of Discovery Deadlines (ECF No. 27).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Extension of Close of Discovery Deadline (ECF No. 26) and the Stipulation for Extension of Discovery Deadlines (ECF No. 27) is scheduled for 10:00 AM, December 20, 2017, in Courtroom 3D.

DATED this 15th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE