# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EVA RUIZ-CAMACHO,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>        Defendants. | 2:16-cv-02374-RFB-VCF<br>**<u>ORDER</u>** |

      The Court has reviewed the Stipulated Amended Discovery Schedule and Order and Request for Guidance re: Plaintiff's Records Authorizations (ECF No. 30). The amended discovery schedule request is granted. The Court will issue a separate order addressing the request for guidance regarding Plaintiff's records authorization.

      Accordingly,

      IT IS HEREBY ORDERED that the following discovery deadlines apply:

Last day to amend pleadings: Closed

Initial Expert Disclosures: Closed

Rebuttal Expert Disclosures: Closed

Close of Discovery: May 1, 2018 (pursuant to court's 12/20/2017 order)

Dispositive Motions: May 31, 2018

Joint Pre-Trial Order: June 2, 2018

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 8th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE