1  STOVALL & ASSOCIATES
   LESLIE MARK STOVALL, ESQ.
2  Nevada Bar No. 2566
   ROSS H. MOYNIHAN, ESQ.
3  Nevada Bar No. 11848
   2301 Palomino Lane
4  Las Vegas, NV 89107
   (702) 258-3034
5  Attorneys for plaintiff

6  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

7

8  EVA RUIZ-CAMACHO,                          )        Case No.: 2:16-cv-02374
                                              )
           Plaintiff,                         )
9  v.                                         )
                                              )
10 COSTCO WHOLESALE CORPORATION;              )
   DOES I-X, inclusive, and ROE CORPORATIONS  )
11 I-X, inclusive,                            )
                                              )
12         Defendants.                        )
   _____   )

13

   **STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVER DEADLINE**
14
           Pursuant to LR 26-4, and for reasons provided below, the parties, by and through their
15
   respective counsel request that the court extend the close of discovery date by 60 days so that the
16
   parties can complete discovery and ready this case for trial. This is the fifth such request for an
17
   extension of time.
18
                                            **I.**
19
                    **STATEMENT SPECIFYING DISCOVERY COMPLETED**
20
   1.      The parties have made their initial disclosures of witnesses and documents and
21
           multiple supplements thereto.
22
   2.      The parties have engaged in numerous sets of written discovery.
23
   3.      The parties have made initial and rebuttal expert disclosures.
24
   4.      Following a discovery dispute, the parties' request for guidance on the dispute from
25
           the court, and the court's ruling on the matter (see ECF No. 32, dated January 9,
26
           2018), the plaintiff provided the defendant with the following executed
27

28                                            1

authorizations:

      a.     Tax Form 4506;

      b.     Medicaid authorization;

      c.     Medicare authorization;

      d.     Sierra Health HMO authorization;

      e.     Health Plan of Nevada authorization;

      f.     James Dettling, M.D. authorization;

      g.     Spinal Rehabilitation Center; and

      h.     Social Security Administration.

Defendant has requested documents from the above referenced entities and medical providers but has not yet received all of the documents requested.

5.    Defendant has taken the first part of plaintiff's deposition and will complete her deposition on April 19, 2018.

**II.**

**DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED**

1.    Defendant must obtain and disclose the remainder of the documents related to the above recently executed authorizations.

2.    Supplementation of medical expert reporting with the new documents related to the authorizations.

3.    Supplementation of medical expert reporting with the new documents related to the authorizations.

4.    Depositions of experts.

5.    Plaintiff's supplementation of liability expert reporting with documents provided by the defendant after the initial expert disclosures date.

6.    Plaintiff's deposition of defendant's Rule 30(b)(6) witness.

7.    Additional written and deposition discovery as may be needed.

**III.**

**REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

The parties had a dispute towards the end of 2017 regarding record authorizations that defendant argued were needed to adequately assess the plaintiff's medical and wage loss-related claims. This resulted in the parties agreement to make a written request for guidance to the court. The court ruled that the defendant was entitled to the authorization by its order dated January 9, 2018 (ECF No. 32). Plaintiff provided executed authorizations to defendant and defendant requested the records. As the court anticipated during the December 20, 2017 hearing on the matter, defendant has not yet received all of the records and requires additional time to do so. The reason for the delay is that the requests are being made to private health insurers and governmental entities. Defendant anticipates receiving all of the records within the next few weeks and upon their receipt and disclosure, the parties will be supplementing their medical expert reporting and taking medical expert depositions, which the parties are currently scheduling.

Furthermore, the plaintiff's liability expert is in the process supplementing his reporting with documents disclosed by the defendant after the initial expert disclosure date. In addition, plaintiff will be taking the deposition of the defendant's Rule 30 (b)(6) witness which the parties agree should be taken during the requested 60 day discovery extension due to current scheduling issues.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IV.**

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

The current close of discovery date is May 1, 2018. The parties stipulate and request that the court order a 60 day extension of this date to July 2, 2018. The proposed remaining dates, therefore would be as follows:

1. Close of Discovery:              July 2, 2018

2. Dispositive motion deadline:     August 1, 2018
   Joint Pretrial Order: September 4, 2018.

DATED this 11ᵗʰ day of April, 2018.          DATED this 11ᵗʰ day of April, 2018.

STOVALL & ASSOCIATES                          WILSON, ELSER, MOSKOWITZ
                                              EDELMAN & DICKER, LLP

*/s/ Ross Moynihan*                           */s/ Christopher Phipps*
_____              _____
LESLIE MARK STOVALL, ESQ.                     CHRISTOPHER PHIPPS, ESQ.
Nevada Bar No. 2566                           Nevada Bar No. 3788
ROSS H. MOYNIHAN, ESQ.                        300 South Fourth Street, 11ᵗʰ Floor
Nevada Bar No. 11848                          Las Vegas, Nevada 89101
2301 Palomino Lane                            *Attorneys for Defendant*
Las Vegas, Nevada 89107
*Attorney for Plaintiff*


**ORDER**

The discovery schedule proposed above, specifically the extension of the close of discovery deadline by 60 days from May 1, 2018 to July 2, 2018, is now ordered.

Dated this _13th_ day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

No further extensions will be granted absent exceptional circumstances.
IT IS SO ORDERED.

4