**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EVA RUIZ-CAMACHO,<br><br>             Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*<br><br>             Defendants. | 2:16-cv-02374-RFB-VCF<br>**ORDER**<br><br>MOTION TO EXTEND TIME TO RESPOND [ECF NO. 48] |

Before the Court is Plaintiff Eva Ruiz-Camacho's Motion to Extend Time to File Response to Defendant Costco Wholesale Corp.'s, Motion to Strike Plaintiff's FRCP 26(a)(2)(B) First Supplemental Disclosure of Expert Justin Brink, MSBE. (ECF No. 48). For the reasons discussed below, the motion is granted.

On July 17, 2018, Defendant filed a motion to strike. (ECF No. 47). The deadline to respond was July 31, 2018. On that date, Plaintiff filed a motion to extend time to respond to Defendant's motion to strike. (ECF No. 48). Plaintiff asserts she "has been unable to complete the opposition in advance of the response deadline due to a heavy discovery and motion practice schedule since the filing of defendant's motion. (*Id.* at 2).

"When an act may or must be done within a specified time, the court may, for good cause, extend the time…if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1); *see also* LR IA 6-1. "Good cause exists to enlarge the time by which a party may file a brief where additional time is needed to prepare such a brief." *Olivas v. Nevada ex rel. Dep't of Corr.*, No. 2:14-cv-01801-JCM-VCF, 2017 WL 3484650, at \*1 (D. Nev. Aug. 14, 2017).

1  The Court finds good cause to extend the time for Plaintiff to respond to Defendant's motion to
2  strike by two weeks.  Plaintiff has provided a reason for the extension.  Any delay to the case will be
3  minimal.  In addition, it is important that the motion to strike be decided on its merits.

4  Accordingly,

5  IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Response to Defendant
6  Costco Wholesale Corp.'s, Motion to Strike Plaintiff's FRCP 26(a)(2)(B) First Supplemental Disclosure
7  of Expert Justin Brink, MSBE (ECF No. 48) is GRANTED.

8  IT IS FURTHER ORDERED that Plaintiff will have until August 14, 2018 to file a response to
9  the motion to strike.

10  DATED this 2nd day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE