| | |
|---|---|
| 1 | **STIP** |
| | LESLIE MARK STOVALL, ESQ. |
| 2 | Nevada Bar No. 2566 |
| | ROSS H. MOYNIHAN, ESQ. |
| 3 | Nevada Bar No. 11848 |
| | STOVALL & ASSOCIATES |
| 4 | 2301 Palomino Lane |
| | Las Vegas, NV 89107 |
| 5 | Ph: (702)258-3034 |
| | court@lesstovall.com |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

EVA RUIZ-CAMACHO,                           )   Case No.: 2:16-cv-02374
                                            )
            Plaintiff,                      )
v.                                          )
                                            )
COSTCO WHOLESALE CORPORATION;               )
DOES I-X, inclusive, and ROE CORPORATIONS   )
I-X, inclusive,                             )
                                            )
            Defendants.                     )
_____)

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S PREMISES LIABILITY EXPERT FROM TESTIFYING AT TRIAL
(FIRST REQUEST)**

IT IS HEREBY STIPULATION AND AGREED by the parties through their respective counsel that plaintiff's time to file her response to defendant's Motion in Limine to Exclude Plaintiff's Premises Liability Expert from Testifying at Trial (Doc. No.

/ / /

/ / /

/ / /

/ /

/ / /

/ /

/ / /

/ / /

/ / /

1

55) shall be extended from Monday October 15, 2018 to Wednesday October 17, 2018.

DATED this 15th day of October, 2018

STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Attorneys for Plaintiff

DATED this 15th day of October, 2018

Wilson Elser Moskowitz Edelman
& Dicker, LLP

/s/ Christopher Phipps
_____
CHRISTOPHER PHIPPS, ESQ.
Wilson Elser Moskowitz Edelman
& Dicker, LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorney for Defendant

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: October 19, 2018.

2