# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| EVA RUIZ-CAMACHO,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>  Defendants. | 2:16-cv-02374-RFB-VCF<br>**ORDER** |

  Before the court is Defendant Costco Wholesale Corporation's Motion for Settlement Conference (ECF No. 61).

  Accordingly,

  IT IS HEREBY ORDERED that a hearing on Defendant Costco Wholesale Corporation's Motion for Settlement Conference (ECF No. 61) is scheduled for 11:00 AM, January 10, 2019, in Courtroom 3D.

  DATED this 4th day of January, 2019.

  _____
  CAM FERENBACH
  UNITED STATES MAGISTRATE JUDGE